STATE of Missouri, Respondent,

v.

Alice PICKERING, Appellant.

No. WD 67581.

Missouri Court of Appeals,
Western District.

May 20, 2008.

Ellen H. Flottman, Columbia, MO, for Appellant.

Evan J. Buchheim, Jefferson City, MO, for Respondent.

Before PAUL M. SPINDEN, C.J., JAMES EDWARD WELSH, and ALOK AHUJA, JJ.

## ORDER

PER CURIAM.

Alice Pickering appeals the circuit court's judgment convicting her of murder in the second degree. We affirm. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Teress Mare CREDLE, Appellant.

No. WD 68241.

Missouri Court of Appeals,
Western District.

May 20, 2008.

Nancy A. McKerrow, Columbia, MO, for appellant.

Shaun J. Mackelprang, Jaime Wilson Corman, Jefferson City, MO, for respondent.

Before Div IV, HOWARD, C.J., LOWENSTEIN and NEWTON, JJ.

### ORDER

PER CURIAM.

Appellant was jury tried and convicted of first degree robbery and second degree assault. She appeals the sufficiency of the evidence on the robbery conviction asserting there was not a display of what appeared to be a deadly weapon to the owner of the property. Affirmed. Rule 30.25(b).